# EXHIBIT 12

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In Re* Third Party Subpoena to Fusion GPS<br><br>c/o Zuckerman Spaeder LLP<br>1800 M Street, NW<br>Washington, D.C. 20036 | Misc. Case No. _____ |
| Aleksej Gubarev, XBT Holding S.A., and Webzilla, Inc.,<br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>Buzzfeed, Inc and Ben Smith.,<br>　　　　　Defendants. | Case No. 17-cv-60426-UU |

## DECLARATION OF JOHN DOE IN SUPPORT OF MOTION OF NON-PARTY FUSION GPS TO QUASH THIRD-PARTY SUBPOENA OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER

I, John Doe, declare as follows:

1. I am of legal age and competent to give this declaration.

2. I am a partner in a national law firm that has worked with Fusion GPS in the past (not on the engagement that produced the Trump Dossier).

3. I worked with Fusion GPS for the purpose of conducting research into political issues of public concern. Fusion GPS's research included investigating the qualifications of particular international political candidates and U.S. officials, their public and private dealings, and the truthfulness of claims that they made.

4. When I worked with Fusion GPS, it was important to me that Fusion GPS keep my identity confidential, as well as the identity of the person and/or organization with whom I was

affiliated.

5. Had I known that my affiliation with Fusion GPS would not be kept confidential, I would not have worked with them.

6. Further, I would be less inclined to hire Fusion GPS in the future if I knew that my engagement of them would not be kept confidential.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  August 28, 2017            /s/ _____

2