| | |
|---|---|
| **From:** | Salky, Steven M. |
| **To:** | Evan@CFWLegal.com |
| **Cc:** | Cotton, Rachel |
| **Subject:** | Our agreement |
| **Date:** | Wednesday, August 30, 2017 9:28:53 AM |

Evan: per our conversations, I write to memorialize our agreement regarding the use of documents and/or testimony provided by Fusion pursuant to the Rule 45 subpoena. My understanding is as follows:

You have agreed to treat all Discovery (documents or testimony) obtained from Fusion as "Attorney's Eyes Only", meaning it will not be shared with anyone other than the lawyers working on the underlying case in Florida, including your clients and/or the lawyers representing your clients in the claims against Christopher Steele and Orbis. You reserve the right to seek either our approval of sharing the discovery in a manner not authorized above and the right to seek a court order should our approval be unreasonably withheld.

Please let me know if I have appropriately stated our agreement or if you would like to express it differently.

Steve

Sent from my iPhone=