Rev. 1/2017

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

IN RE THIRD PARTY SUBPOENA TO
FUSION GPS

      Plaintiff

vs.

      Miscellaneous No.  17-2171 TNM

      Category  O

      Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on 12/11/2017 from Judge Tanya S. Chutkan to Judge Trevor N. McFadden by direction of the Calendar Committee.

(Randomly Reassigned)

__JUDGE ELLEN S. HUVELLE__
Chair, Calendar and Case
Management Committee

cc: Judge Tanya S. Chutkan & Courtroom Deputy
Judge Trevor N. McFadden & Courtroom Deputy
Liaison, Calendar and Case Management Committee