UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                                                )
*In Re Third Party Subpoena to Fusion GPS*    )
c/o Zuckerman Spaeder LLP                              )
1800 M Street, NW                                              )
Washington, DC 20036                                       )
                                                                                )   Case No. 1:17-mc-02171-TNM
                                                                                )
_____)


_____
                                                                                )
*Aleksej Gurbarev, XBT Holding S.A., and*      )
*Webzilla, Inc.*,                                                     )
               Plaintiffs,                              )
                                                                                )
               v.                                               )   Case No. 17-dv-60426-UU
                                                                                )
*Buzzfeed, Inc.* and *Ben Smith*,                       )
                                                                                )
               Defendants.                          )
_____)

## CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO FUSION GPS's MOTION FOR JUDICAL RECUSAL

Aleksej Gurbarev, XBT Holding S.A., and Webzilla, Inc., ("Plaintiffs") by counsel, respectfully apply for a seven-calendar day extension of time from Tuesday, January 30, 2018 until Tuesday, February 6, 2018 to file their Opposition to Fusion GPS's Motion for Judicial Recusal stating as follows:

The Instant Motion for Judicial Recusal was filed and electronically served on January 16, 2018. An opposition to the motion for judicial recusal therefore presently is due on or before January 30, 2018. Counsel for the Plaintiffs and counsel for Fusion GPS have been conducting discussions in an effort to narrow or settle the issues between their clients. A one week extension is requested to facilitate and permit the parties to continue those discussions.

Counsel for Plaintiffs in the underlying action, Evan Fray-Witzer has conferred with Steven Salky, Esq., counsel for Fusion GPS, and Mr. Salky consents to the relief requested. Accordingly, Plaintiffs request an extension of time to and including February 6, 2018 to file their Opposition to the Motion for Judicial Recusal.

Dated: January 29, 2018    Respectfully submitted,

/s *Walter E. Diercks*
Walter E. Diercks, Esq. (D.C. Bar # 161610)
RUBIN, WINSTON, DIERCKS, HARRIS &
     COOKE, LLP
1201 Connecticut Avenue, N.W., Suite 200
Washington, D.C. 20036
(202) 861-0870
wdiercks@rwdhc.com

Evan Fray-Witzer (Mass. Bar No. 564349), pro hac vice
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
(617) 426-0000
Evan@CFWLegal.com

Attorneys for Aleksej Gurbarev, XBT Holding S.A., and Webzilla, Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 29, 2018 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

                                                                             s/Walter E. Diercks
                                                                            Walter E. Diercks

Service List:

William W. Taylor, III (DC Bar No. 84194)
Steven M. Salky (DC Bar No. 360175)
Rachel F. Cotton (DC Bar No. 997132)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                              )
*In Re Third Party Subpoena to Fusion GPS*    )
c/o Zuckerman Spaeder LLP                     )
1800 M Street, NW                             )
Washington, DC 20036                          )
                                              )   Case No. 1:17-mc-02171-TNM
                                              )
_____)

_____
                                              )
*Aleksej Gurbarev, XBT Holding S.A., and*     )
*Webzilla, Inc.*,                             )
        Plaintiffs,                 )
                                              )
        v.                           )   Case No. 17-dv-60426-UU
                                              )
*Buzzfeed, Inc.* and *Ben Smith*,             )
                                              )
        Defendants.                  )
_____)

## PROPOSED ORDER

Before the Court is the Consent Motion for Extension of Time to Oppose Fusion GPS's Motion for Judicial Recusal of Plantiffs Aleksej Gurbarev, XBT Holding S.A., and Webzilla, Inc. (ECF 16).  Upon Consideration of the motion and the consent of counsel for Fusion GPS thereto, the Court ORDERS that:

1. Plaintiffs' Motion to Extend Time is GRANTED;

2. Plaintiffs' Opposition to Fusion GPS's Motion for Judicial Recusal is due Tuesday February 6, 2018.

**SO ORDERED**

_____
Trevor N. McFadden
United States District Judge