UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *IN RE* THIRD PARTY SUBPOENA TO FUSION GPS,<br><br>c/o Zuckerman Spaeder LLP<br>1800 M Street, N.W.<br>Washington, D.C. 20036 | Case No. 1:17-mc-02171 (TNM) |
| ALEKSEJ GUBAREV, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BUZZFEED, INC. *et al.*,<br><br>Defendants. | Case No. 17-cv-60426-UU |

## ORDER

Upon consideration of Fusion GPS's Motion for Recusal, relevant law, and related legal memoranda in opposition and in support, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Motion for Recusal is DENIED.

**SO ORDERED.**

Dated: February 16, 2018

TREVOR N. MCFADDEN
United States District Judge