# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In Re* Third Party Subpoena to Fusion GPS<br><br>c/o Zuckerman Spaeder LLP<br>1800 M Street, N.W.<br>Washington, D.C. 20036<br><br>——————————————————<br><br>Aleksej Gubarev, XBT Holding S.A., and Webzilla, Inc.,<br>                Plaintiffs,<br><br>v.<br><br>Buzzfeed, Inc. and Ben Smith,<br>                Defendants. | Misc. Case No. 1:17-mc-02171<br><br><br><br>Case No. 17-cv-60426 |

## FUSION GPS'S NOTICE OF CONSENT PURSUANT TO RULE 45(F)

Fusion GPS, through its undersigned counsel, hereby notifies the Court of its consent to transfer its Motion to Quash Subpoena Or, In The Alternative, for A Protective Order, ECF No. 1 ("Motion to Quash"), to the issuing court in the Southern District of Florida pursuant to Federal Rule of Civil Procedure 45(f).

Fusion seeks a transfer for the following reasons. Given the amount of discovery that has ensued since Fusion first filed its motion, including depositions that remain under seal, Fusion believes that the issuing court will be in a better position to determine what, if any discovery from Fusion is still necessary and what discovery would be duplicative and, therefore, unduly burdensome. Furthermore, Fusion has asserted that the discovery sought by the subpoena implicates its First Amendment rights. Adjudicating Fusion's First Amendment privilege

objections will require balancing Plaintiffs' purported need for the discovery against Fusion's First Amendment claims. The issuing court which is more familiar with the issues in dispute will be in a better position to undertake this balancing.

Fusion notes that a transfer will not delay adjudication of its Motion to Quash more than maintaining the Motion in this Court. Whether the Motion to Quash is transferred or not, Fusion believes that supplementation about the state of discovery is required for any court to be able to fairly adjudicate its Motion.

Accordingly, Fusion respectfully requests that this Court transfer its Motion to Quash to the Southern District of Florida pursuant to Federal Rule of Civil Procedure 45(f) for adjudication by the issuing court.

Dated:  February 26, 2018

Respectfully submitted,

*/s/ William W. Taylor, III*
William W. Taylor, III (DC Bar No. 84194)
Steven M. Salky (DC Bar No. 360175)
Rachel F. Cotton (DC Bar No. 997132)
**ZUCKERMAN SPAEDER LLP**
1800 M Street, NW, Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
wtaylor@zuckerman.com
ssalky@zuckerman.com
rcotton@zuckerman.com

*Attorneys for Non-Party Fusion GPS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of February 2018, the foregoing was served on all counsel of record via CM/ECF.

*/s/ Rachel F. Cotton*
Rachel F. Cotton