UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *IN RE* **THIS PARTY SUBPOENA TO FUSION GPS,**<br><br>c/o Zuckerman Spaeder LLP<br>1800 M Street, N.W.<br>Washington, D.C. 20036<br><br>**ALEKSEJ GUBAREV,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**BUZZFEED, INC.** *et al.*,<br><br>Defendants. | Case No. 1:17-mc-02171 (TNM)<br><br><br><br><br>Case No. 17-cv-60426-UU |

## ORDER

On August 31, 2017, Fusion GPS filed a motion in the United States District Court for the District of Columbia seeking to quash a third-party subpoena issued by the United States District Court for the Southern District of Florida. The motion to quash was filed in the United States District Court for the District of Columbia pursuant to Federal Rule of Civil Procedure 45(d)(3), which authorizes "the court for the district where compliance is required" to quash or modify a subpoena under certain circumstances. A motion to quash may also be decided by the court that issued the subpoena, in this case the United States District Court for the Southern District of Florida, "if the person subject to the subpoena consents." Fed. R. Civ. P. 45(f).

Now before the Court is Fusion GPS's Notice of Consent, informing the Court that Fusion GPS consents to have its motion to quash transferred to the United States District Court for the Southern District of Florida. In light of this consent and because the United States

District Court for the Southern District of Florida is in the best position to assess the Plaintiffs' need for the information requested by the subpoena, it is hereby

**ORDERED** that Fusion GPS's motion to quash be transferred to the United States District Court for the Southern District of Florida pursuant to Federal Rule of Civil Procedure 45(f). The Clerk of Court is directed to close this case.

**SO ORDERED.**

Dated: February 27, 2018

TREVOR N. MCFADDEN
United States District Judge